

FILED

APR 2 2 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: Mail Parcel sent from Trevion Jones 331 Bohl Ave. #42, Billings, MT 59105 to Kathy Johnson 643 S 22nd Banning, Ca 92220 9505512241340094349538 | MJ 20- 36 -BLG-TJC ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole purpose

of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P.

Rule 41(f). This case is also unsealed for the limited purposes of providing copies

of documents in discovery, upon initial appearance on an Indictment by any

defendant related to this search warrant and service/receipt of request for discovery

by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 22 day of April 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge

1